# ELECTRONIC RECORD

COA # 05-14-00242-CR          OFFENSE: 49.04

STYLE: Sergio Manuel Nava, Jr. v. The State of Texas          COUNTY: Rockwall

COA DISPOSITION:     AFFIRMED          TRIAL COURT: County Court at Law

DATE: 06/26/15          Publish: NO    TC CASE #: CR12-1388

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Sergio Manuel Nava, Jr. v. The State of Texas

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 11/04/2015

JUDGE: _Per Curiam_

CCA #: __1129-15__

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD